■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DEVAUGHN LAHAN, Appellant. [618 NYS2d 580] —Appeal by the defendant from three judgments of the Supreme Court, Kings County (Vaughn, J.), all rendered October 6, 1992.

Ordered that the judgments are affirmed *(see, People v Kazepis,* 101 AD2d 816). Bracken, J. P., Balletta, Ritter, Pizzuto and Florio, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GEORGE LINDSTADT, Appellant. [618 NYS2d 555] —Application by the appellant for a writ of error coram nobis to vacate a decision and order of this Court dated June 17, 1991 *(People v Lindstadt,* 174 AD2d 696), affirming a judgment of the Supreme Court, Suffolk County, rendered May 4, 1989, on the ground of ineffective assistance of appellate counsel.

Ordered that the application is denied.

The defendant has failed to establish that he was denied the effective assistance of appellate counsel *(see, Jones v Barnes,* 463 US 745). Mangano, P. J., Thompson, Bracken and Rosenblatt, JJ., concur.